# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| ULYESSE LASSITER, | : |
| Plaintiff, | : |
| v. | : Case No. 5:10-CV-48 (HL) |
| Officer STANLEY YOUNG, *et al.*, | : |
| Defendants. | : |

## ORDER

This case is before the Court on the Order and Recommendation (Doc. 5) of United States Magistrate Judge Claude W. Hicks, Jr.. The Magistrate Judge, having reviewed the Complaint (Doc. 1) pursuant to the Prisoner Litigation Reform Act, 28 U.S.C. § 1915A(a) & (b), recommends dismissing from the case the following Defendants: Lieutenant Carlow, Glenn Johnson, Ernest Mintz, Hilton Hall, Tom Sittnick, Shevondah Fields, Dawn Smith and Eric Cowart. The Petitioner did not file an objection to the Recommendation. The Recommendation is adopted and made the order of this Court. Lieutenant Carlow, Glenn Johnson, Ernest Mintz, Hilton Hall, Tom Sittnick, Shevondah Fields, Dawn Smith and Eric Cowart are dismissed from this case. However, the case will proceed against Officers Stanley Young, Jason Dickerson, Bagget, Jeffries, Shavers and Blackmon, as well as Mental Health Counselor Faye Cook.

**SO ORDERED**, this the 19th day of May, 2010.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

jch