IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ULYESSE LASSITER,

                Plaintiff

    VS.

STANLEY YOUNG, *et al.*,

                Defendants

NO. 5:10-CV-48 (MTT)

**PROCEEDINGS UNDER 42 U.S.C. §1983**
**BEFORE THE U. S. MAGISTRATE JUDGE**

# RECOMMENDATION

On May 27, 2010, defendant Faye Cook filed a motion seeking dismissal of the above-captioned case. Tab #22. On June 1, 2010, the undersigned entered an order directing plaintiff Ulyesse Lassiter to respond to this motion on or before June 24, 2010. Tab #25. In addition to directing a response, the order advised the plaintiff that if he failed to do so, the court would consider the motion uncontested and recommend that it be granted. To date, the plaintiff has failed to file a response. Accordingly, **IT IS RECOMMENDED** that defendant Faye Cook's **UNOPPOSED** request for dismissal be **GRANTED**.

Also before the court is plaintiff Lassiter's request for preliminary injunctive relief. Tab #32. Therein, plaintiff Lassiter requests injunctive relief against several individuals who are not parties in this action. Indeed, they appear to reside at Georgia State Prison in Reidsville, located in the Southern District of Georgia. Given that none of the individuals against whom the plaintiff seeks injunctive relief is properly before the court, coupled with the above recommendation to dismiss plaintiff Cook and the joint Stipulation of Dismissal (Tab #34) heretofore entered into by the plaintiff and all other remaining defendants in this action, **IT IS RECOMMENDED** that the plaintiff's request for injunctive relief be **DENIED**.

Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to these **RECOMMENDATIONS** with the district judge to whom this case is assigned **WITHIN FOURTEEN (14) DAYS** after being served with a copy thereof.

**SO RECOMMENDED**, this 20th day of SEPTEMBER, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE