IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ULYESSE LASSITER,    )
    )
    Plaintiff,    )
    )
v.    )    CIVIL ACTION NO. 5:10-CV-48(MTT)
    )
STANLEY YOUNG, et al.,    )
    )
    Defendants.    )
    )

## ORDER

This case is before the Court on the Recommendation (Doc. 36) of United States Magistrate Judge Claude W. Hicks, Jr. The Defendant had previously filed a Motion to Dismiss (Doc. 22) (the "Motion"), but the Plaintiff failed to respond. The Magistrate Judge entered an Order (Doc. 25) instructing the Plaintiff to respond to the Motion lest the Court dismiss his case for want of prosecution. The Plaintiff failed to respond. The Magistrate Judge, pursuant to the 28 U.S.C. § 636, now recommends dismissing the Plaintiff's case for want of prosecution. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. This case is **DISMISSED**.

**SO ORDERED**, this the 19th day of October, 2010.

    S/ Marc T. Treadwell
    MARC T. TREADWELL, JUDGE
    UNITED STATES DISTRICT COURT

jch